1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney                          *E-filed 6/16/06*
2
3  MARK L. KROTOSKI (CSBN 138549)
   Chief, Criminal Division
4  SUSAN KNIGHT (CSBN 209013)
   Assistant United States Attorney
5
     150 Almaden Blvd., Suite 900
6    San Jose, California 95113
     Telephone: (408) 535-5056
7    FAX: (408) 535-5066
     Susan.Knight@usdoj.gov
8
   Attorneys for Plaintiff
9
                        UNITED STATES DISTRICT COURT
10
                       NORTHERN DISTRICT OF CALIFORNIA
11
                              SAN JOSE DIVISION
12
13 UNITED STATES OF AMERICA,        )   No. 06-70305 RS
                                    )
14        Plaintiff,                )
                                    )   STIPULATION AND [PROPOSED]
15        v.                        )   ORDER EXCLUDING TIME
                                    )
16 FRANCISCO CAZAREZ-SALAZAR,       )
                                    )
17        Defendant.                )   SAN JOSE VENUE
                                    )
18                                  )
                                    )
19 _____ )

20     On June 8, 2006, the parties in this case appeared before the Court for an arraignment. At
21 that appearance, Assistant Federal Public Defender Angela Hansen explained that she needed
22 additional time to review the case and discuss a disposition with the government. Therefore, the
23 parties requested that the arraignment be continued to June 29, 2006 at 9:30 a.m. In addition, the
24 defendant, through his counsel, agreed to an exclusion of time under the Speedy Trial Act from
25 June 8, 2006 to June 29, 2006. The parties agree and stipulate that an exclusion of time is
26 appropriate based on the defendant's need for effective preparation of counsel.
27 //
28 //

STIPULATION AND [PROPOSED] ORDER
No. 06-70305 RS                                1

| | | |
|---|---|---|
| 1 | SO STIPULATED: | KEVIN V. RYAN |
| 2 | | United States Attorney |
| 3 | DATED:_____ | _____/s/_____ |
| 4 | | SUSAN KNIGHT |
| | | Assistant United States Attorney |
| 5 | | |
| 6 | DATED:_____ | _____/s/_____ |
| | | ANGELA M. HANSEN |
| | | Assistant Federal Public Defender |

8   Accordingly, the Court HEREBY ORDERS that the preliminary hearing or arraignment is
9   continued to June 29, 2006 at 9:30 a.m.  Good cause is shown and the continuance is proper
10  under Rule 5 of the Federal Rules of Criminal Procedure and 18 U.S.C. § 3060.

11   For good cause shown, the Court FURTHER ORDERS that time be excluded under the
12  Speedy Trial Act from June 8, 2006 until June 29, 2006.  The Court finds, based on the
13  aforementioned reasons, that the ends of justice served by granting the requested continuance
14  outweigh the best interest of the public and the defendant in a speedy trial.  The failure to grant
15  the requested continuance would deny defense counsel reasonable time necessary for effective
16  preparation, taking into account the exercise of due diligence, and would result in a miscarriage
17  of justice.  The Court therefore concludes that this exclusion of time should be made under 18
18  U.S.C. §§ 3161(h)(8)(A) and (B)(iv).

19  SO ORDERED.

21  DATED:  6/16/06          /s/ Howard R. Lloyd
                              HOWARD R. LLOYD
22                            United States Magistrate Judge

STIPULATION AND [PROPOSED] ORDER
No. 06-70305 RS                    2