**E-Filing**

KEVIN V. RYAN (CSBN 118321)
United States Attorney

MARK L. KROTOSKI (CSBN 138549)
Chief, Criminal Division

SUSAN KNIGHT (CSBN 209013)
Assistant United States Attorney

**FILED**

JUL 3 1 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

150 Almaden Blvd., Suite 900
San Jose, California 95113
Telephone: (408) 535-5056
FAX: (408) 535-5066
Susan.Knight@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> FRANCISCO CAZAREZ-SALAZAR, ) <br> ) <br> Defendant. ) <br> ) <br> ) <br> ) | No. 06-00474 JW <br><br> STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME <br><br> SAN JOSE VENUE |

On July 27, 2006, the parties in this case appeared before the Court for an arraignment. The defendant was arraigned and a disposition date for October 16, 2006 was scheduled before the Honorable Judge Ware. Assistant United States Attorney Susan Knight then requested an exclusion under the Speedy Trial Act from July 27, 2006 until October 16, 2006. Assistant Federal Public Defender Angela Hansen agreed with the exclusion because she needs additional time to review the defendant's criminal history. The parties agree and stipulate that an exclusion of time is appropriate based on the defendant's need for effective preparation of counsel.

//

//

1    SO STIPULATED:                    KEVIN V. RYAN
                                       United States Attorney
2

3    DATED:_____                      /s/
                                       _____
                                       SUSAN KNIGHT
4                                      Assistant United States Attorney

5    DATED:_____                      /s/
                                       _____
                                       ANGELA M. HANSEN
6                                      Assistant Federal Public Defender

7

8        Accordingly, the Court HEREBY ORDERS that time be excluded under the Speedy Trial Act

9    from July 27, 2006 until October 16, 2006.  The Court finds, based on the aforementioned

10   reasons, that the ends of justice served by granting the requested continuance outweigh the best

11   interest of the public and the defendant in a speedy trial.  The failure to grant the requested

12   continuance would deny defense counsel reasonable time necessary for effective preparation,

13   taking into account the exercise of due diligence, and would result in a miscarriage of justice.

14   The Court therefore concludes that this exclusion of time should be made under 18 U.S.C. §§

15   3161(h)(8)(A) and (B)(iv).

16   SO ORDERED.

17   DATED: 7/31/06
                                       _____
18                                     HOWARD R. LLOYD
                                       United States Magistrate Judge
19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER                    2
NO. 06-00474 JW